# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| TYRELL J. RAINEY, | No. ED CV 17-2129-GW (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| D. ASUNCION, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied, and this action dismissed with prejudice.

Date: August 13, 2019

_____
GEORGE H. WU
United States District Judge